

# Fourth Court of Appeals
## San Antonio, Texas

January 23, 2015

No. 04-14-00615-CV

**IN RE ADAN VOLPE PROPERTIES, LTD.**,
Maricela Volpe, General Partner and Juan A. Gonzalez

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Chief Justice
              Karen Angelini, Justice
              Rebeca C. Martinez, Justice

On January 14, 2015, real party in interest Donato Volpe Jr. filed a motion for rehearing. The panel has considered the motion and it is DENIED.

It is so **ORDERED** on January 23, 2015.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle, Clerk
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2003-CVF-000414-D2, styled *Donato Volpe Jr. v. Adan Volpe Properties, Ltd. and Maricela Volpe, General Partner*, pending in the 111th Judicial District Court, Webb County, Texas, the Honorable Elma T. Salinas Ender presiding.